GRADY GENTRY v. THE STATE.

No. 8785. Decided October 15, 1924.

Rehearing denied November 14, 1924.

Forgery—Plea of Guilty..

    The indictment is regular. Appellant pleaded guilty, cause is affirmed.

Appeal from the District Court of Hopkins County. Tried below before the Hon. Geo. B. Hall, Judge.

Appeal from a conviction of forgery; penalty, two years in the penitentiary.

*T. J. Rainey,* for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—The offense is forgery; punishment fixed at confinement in the penitentiary for a period of two years.

The indictment is regular. On a plea of guilty the minimum punishment was assessed.

No reason for reversal has been advanced by the appellant or discovered by this court.

The judgment is affirmed.

. *Affirmed.*